UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ABELARDO BARRERA URQUIZO, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-08-46 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING MEMORANDUM AND
RECOMMENDATION TO GRANT RESPONDENT'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

On April 29, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that respondent's motion for summary judgment (D.E. 12) be granted, that petitioner's motion for summary judgment ((D.E. 16) be denied, and this petition dismissed with prejudice as time-barred. The Memorandum and Recommendation recommended further that petitioner be denied a certificate of appealability. On May 8, 2008, petitioner filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and petitioner's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that respondent's motion for summary judgment (D.E. 12) is granted, petitioner's motion for summary judgment ((D.E. 16) is denied, and this

petition is dismissed with prejudice as time-barred. Petitioner is denied a certificate of appealability

    The clerk shall enter this order and provide a copy to all parties.

    SIGNED and ORDERED this 12th day of May, 2008.

                                           Janis Graham Jack
                                           United States District Judge